UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff | ) |  |
|  | ) | CR 419-0181 |
| vs. | ) |  |
|  | ) |  |
| JAMES NUEL CROUSE, | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

# ORDER

The Application for Leave of Absence filed by Daniel J. O'Connor, counsel for Defendant James Nuel Crouse, having been considered, good cause being shown, and there being no opposition thereto, the Application for Leave of Absence for January 9-10, 2020; January 30-31, 2020; February 14, 2020; March 5-6, 2020; March 20, 2020; April 24-25, 2020; April 30-May 1, 2020; and June 11-12, 2020, is GRANTED.

This 27th day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA