UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH and STATESBORO DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
TARA M. LYONS
July 27, 2020 through July 31, 2020

) Case Nos.:
)
)
) CR618-002, A. Goodman
)
) CR419-181, J. Crouse

## **ORDER**

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons for the dates of July 27, 2020 through July 31, 2020 to travel out of the country for a vacation; same is hereby GRANTED.

This 7th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA